Case 2:22-cv-00164-JES-NPM   Document 35   Filed 10/03/23   Page 1 of 1 PageID 159
Case 2:22-cv-00164-JES-NPM   Document 25   Filed 06/26/23   Page 11 of 13 PageID 133
Case 2:22-cv-00164-JES-NPM   Document 21-1   Filed 04/21/23   Page 4 of 4 PageID 94

Exhibit 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-00164-JES-NPM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Cotte, Sgt
was received by me on *(date)* 9-27-23.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because no longer an employee of DOC ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 9-27-23

Amy Mellott, CLO
*Server's signature*

Amy Mellott, CLO
*Printed name and title*

33123 Oil Well Rd
Punta Gorda, FL 33955
*Server's address*

Additional information regarding attempted service, etc: