## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**TODDRICK O. HENDERSON**,

    Plaintiff,

v.                                                                 2:22-cv-164-JES-NPM

**FNU GAHRMANN**, **FNU COTTE**,
and **FNU MORALES-ROMAN**,

    Defendants.

---

### ORDER

Plaintiff Toddrick O. Henderson requests a default judgment against the defendants in this action. But no defendant is in default. Defendant Gahrmann timely answered, and neither of the remaining defendants have waived or been served with process. Accordingly, Henderson's motion for a default judgment (Doc. 51) is **DENIED**.[1]

In Defendant Gahrmann's answer to the complaint (Doc. 46), the Florida Attorney General identifies the defendants as Stephen Gahrmann, James Cotte, and

---

[1] Moreover, Henderson did not comply with either Local Rule 3.01(g) or the Civil Action Order (Doc. 2), which requires a movant to confer with the opposing party before filing a motion and while it remains pending. Had he conferred with counsel for defendant Gahrmann, he would have been advised that his motion is baseless and a waste of time. Any future motion filed by Henderson without a certification that he consulted with the opposing party before filing the motion may be denied without any consideration of the motion's merits.

Matthew Morales-Roman. The **Clerk** is directed to update the styling of this case on

CM/ECF to reflect the defendants' full names.

**ORDERED** on April 19, 2024

NICHOLAS P. MIZELL
United States Magistrate Judge